JACK LINSKY et al., Copartners under the Name of SPEED PRODUCTS COMPANY, Appellants, *v.* IRVING HIRSCH et al., Respondents.

Argued January 5, 1944; decided February 24, 1944.

*Isidor E. Schlesinger* for appellants.

*J. George Levy, Irving S. Ottenberg* and *Samuel Rudy* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ,